IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISTEON GLOBAL TECHNOLOGIES, INC. and VISTEON TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | Civil Action No.: 2:10-cv-10578-PDB-MAR |
| GARMIN INTERNATIONAL, INC., | ) ) |
| Defendant. | ) ) |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Summary of Claim Construction Opinions |
| B | Dr. Randall Davis's Bio |

DETROIT.4328347.1

4146050 v1