**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| VISTEON GLOBAL TECHNOLOGIES, INC. and VISTEON TECHNOLOGIES, LLC, Plaintiffs, | Civil Action No.: 2:10-cv-10578-PDB-MAR |
| v. | Hon. Paul D. Borman<br>Hon. Mark A. Randon |
| GARMIN INTERNATIONAL, INC., Defendant. | |

## INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| 1. | United States Patent No. 5,544,060 |
| 2. | United States Patent No. 5,654,892 |
| 3. | United States Patent No. 5,832,408 |
| 4. | United States Patent No. 6,097,316 |
| 5. | File History Serial No. 07/778,344 |
| 6. | File History United States Patent No. 5,544,060 |
| 7. | Declaration of Mr. David P. Lavacek |
| 8. | File History United States Patent No. 5,654,892 |
| 9. | Manual of Patent Examining Procedure §2173.05 (e) |
| 10. | Landis on Mechanics of Patent Claim Drafting §3:11 |
| 11. | McGraw-Hill Dictionary 5th Ed. Excerpt |
| 12. | *Theory for Aircraft Handling Qualities Based Upon a Structural Pilot Model;* by Ronald A. Hess |

13. Flight Simulation Software at NASA Dryden Flight Research Center; by Ken A. Norton; October 1995

14. American Heritage College Dictionary 3rd Ed. Excerpt

15. Random House Webster's Unabridged Dictionary 2nd Ed. Excerpt

16. *Evolution of Flight Vehicle System Identification;* by Peter G. Hamel and Ravindra C. Jategaonkar

17. An Aircraft Model for the AIAA Controls Design Challenge; by Randal W. Brumbaugh; December 1991

18. Riverside Webster's II New College Dictionary Excerpt

19. The F-18 High Alpha Research Vehicle: A High-Angle-of-Attack Testbed Aircraft; by Victoria Regenie, Donald Gatlin, Robert Kempel and Neil Matheny; September 1992

*20.* *Analysis of Aircraft Attitude Control Systems Prone to Pilot-Induced Oscillations;* by Ronald A. Hess

*21.* NASA Technical Memorandum 4746; *Flight Test of a Propulsion-Based Emergency Control System on the MD-11 Airplane with Emphasis on the Lateral Axis;* by John J. Burken, and others; July 1996

*22.* *Stability and Flying Qualities Robustness of a Dynamic Inversion Aircraft Control Law* by Joseph S. Brinker and Kevin A. Wise; December 1996

*23.* Webster's New American Dictionary ©1995 Excerpt