UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VISTEON GLOBAL TECHNOLOGIES, INC.<br>AND VISTEON TECHNOLOGIES, LLC<br><br>Plaintiffs,<br><br>V.<br><br>GARMIN INTERNATIONAL, INC.<br><br>Defendant. | Case No. 2:10-cv-10578--PDB-MAR |

**LIST OF EXHIBITS**

Exhibit A    '060 Patent

Exhibit B    Declaration of Dr. Randall Davis