IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISTEON GLOBAL TECHNOLOGIES, INC. AND VISTEON TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:10-cv-10578-PDB-MAR |
| v. | ) ) ) |
| GARMIN INTERNATIONAL, INC. | ) ) |
| Defendant. | ) ) ) |

### ORDER

Plaintiffs Visteon Global Technologies, Inc. and Visteon Technologies, LLC (collectively "Visteon") have moved this Court for an Order to compel certain Rule 30(b)(6) and Rule 30(b)(1) testimony (hereinafter "Visteon's Motion"). (Dkt. 106). The Court heard oral argument, and for the reasons expressed at the hearing, Visteon's Motion is GRANTED, in part, as follows:

(1) Garmin International Inc. ("Garmin") shall produce a corporate designee on Visteon's Rule 30(b)(6) Topic No. 156, limited in scope to the dates when Garmin first became aware of its defenses advanced in this litigation:

> 156. Other than information from outside counsel, for each and every alleged defense advanced by Garmin in this litigation against any claim of any Asserted Patent, including, but not limited to, any position based on invalidity, non-infringement and/or enablement of the asserted claims, the facts and circumstances by which Garmin became aware it possessed such a defense, including when Garmin first became aware that it possessed such a defense.

(2) Garmin shall produce for deposition Mr. Sam Korte in his individual capacity to testify with respect to the subject of Garmin's design-arounds produced for this litigation, to the extent the subject matter is not privileged and not work product; and

(3) Each side shall bear their own costs and expenses related to the Motion.

IT IS SO ORDERED.

           s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: May 24, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 24, 2012.

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*

2