IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISTEON GLOBAL TECHNOLOGIES, INC. and VISTEON TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GARMIN INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:10-cv-10578-PDB-MAR |

# EXHIBIT F

# GAYNELL C. METHVIN

ATTORNEY·MEDIATOR·ARBITRATOR
7222 Fisher Road
Dallas, TX 75214

Telephone: (214) 763-4846  gcmethvin@gmail.com  Telecopier: (214) 823-6343

March 1, 2013

Visteon Global Technologies, Inc. et al
c/o Alston & Bird LLP

Garmin International, Inc.
c/o Erise IP, P.A.

Re: Visteon Global Technologies, Inc. et al v. Garmin International, Inc., Case No. 2:10-cv-10578-PDB-MAR, U.S. District Court, ED Michigan

## INVOICE

**Fees:** For services rendered as Special Master during February, in the above referenced case in connection with work on various Motions referred by Judge Borman, including time in getting back up to speed on the case; review and analysis of motions, briefs and exhibits ; notes to file; drafting reports..........32.00 hrs.

Total Fees: 32.00 hrs. x $500/hr = $ 16,000.00

**Amount Due from Visteon**...................................................................$ 8000.00

**Amount Due from Garmin**..................................................................$ 8000.00

| From: | edr@alston.com |
|---|---|
| Sent: | Tuesday, March 12, 2013 7:02 AM |
| To: | Conyers, Debra |
| Subject: | Alston Extend Notification: Check Notification |



# Check Notification

The invoices below were paid yesterday. Please allow 2-3 business days for the check to be mailed from Finance.

| Payee Info | Check Info | Invoice Info |
|---|---|---|
| Gaynell C Methvin | Check No. 239640 | Invoice Number: 03/01/13 |
| 7222 Fisher Road | Check Date 03/11/2013 | Invoice Amount: $ 8,000.00 |
| Dallas, TX 75214 | | Desc: - Invoice dated 03/01/13; Special Master services. |