# EXHIBIT 7

# Discontinued

Shop by Feature

3.5" or 4.3" screen (14)
5.0" screen (11)
Full Europe maps (1)
Lifetime map updates (16)
Digital Traffic (2)
Lifetime traffic (18)
Traffic compatible (28)
Bluetooth® (13)
Garmin Real Directions™ (1)
Voice-activated (4)
Guides to proper lane (18)
Learns traffic trends (10)
Predicts your routes (12)
Pinch to zoom display (4)
Multiple stop routing (3)
Truck routes & restrictions (1)
Truck stop & exit services (1)
Waterproof (2)

Shop by Price

$75 - 100 (2)
$100 - 150 (13)
$150 - 200 (17)
$200 - 250 (17)
$250 - 300 (13)
$300 - 350 (8)
$350 - 400 (9)
$400 - 450 (3)
$450 - 500 (5)
$500 - 600 (3)
$600 - 700 (7)
$700 - 800 (5)
$800 - 900 (1)
$900 - 1000 (2)
$1000 - 1500 (2)

View as ⊞ ☰    Sort by: | Featured Products ▾ |

Page 0 of 7 ‹ ›  View All



**Garmin Mobile PC® for Toshiba Qosmio F55**



**GPS V®**



**GVN 52**
$646.14 USD
☐ Compare




**GVN 53**
$599.99 USD
☐ Compare



**HUD+ (Head-Up Display)**
$179.99 USD
☐ Compare



**HUD (Head-Up Display)**
$149.99 USD
☐ Compare



**nüLink!® 1695 LIVE**
$319.99 USD
☐ Compare



**nüvi® 50**
$129.99 USD and Up
☐ Compare



**nüvi® 200**
$199.99 USD and Up
☐ Compare



**nüvi® 200W**
$249.99 USD

☐ Compare



**nüvi® 205**
$119.99 USD and Up

☐ Compare



**nüvi® 205W**
$139.99 USD and Up

☐ Compare



**nüvi® 250**
$249.99 USD

☐ Compare



**nüvi® 250W**
$299.99 USD

☐ Compare



**nüvi® 255**
$139.99 USD

☐ Compare



**nüvi® 255W**
$179.99 USD and Up

☐ Compare



**nüvi® 260**
$299.99 USD

☐ Compare



**nüvi® 260W**
$349.99 USD and Up

☐ Compare



**nüvi® 265T**



**nüvi® 265WT**



**nüvi® 270**

$179.99 USD
☐ Compare

$219.99 USD
☐ Compare

$399.99 USD
☐ Compare







**nüvi® 275T**
$249,99 USD

☐ Compare

**nüvi® 285WT**
$199,99 USD

☐ Compare

**nüvi® 295W**
$224,99 USD

☐ Compare







**nüvi® 350**
$350.67 USD

☐ Compare

**nüvi® 360**
$386.67 USD

☐ Compare

**nüvi® 370**
$480.00 USD

☐ Compare







**nüvi® 465T**

☐ Compare

**nüvi® 500**
$299.99 USD

☐ Compare

**nüvi® 550**
$299.99 USD

☐ Compare







6/3/2015   Case 2:10-cv-10578-PDB-DRG   ECF No. 240-8, PageID.15384   Filed 06/12/15   Page 5 of 13
Discontinued On The Road | Garmin



nüvi® 600

☐ Compare

nüvi® 610

☐ Compare

nüvi® 650
$451.43 USD

☐ Compare

nüvi® 660

☐ Compare

nüvi® 670
$671.43 USD

☐ Compare

nüvi® 680
$857.13 USD

☐ Compare

nüvi® 750
$399.99 USD

☐ Compare

nüvi® 755T
$279.99 USD

☐ Compare

nüvi® 760
$499.99 USD

☐ Compare

nüvi® 765T
$299.99 USD

☐ Compare

nüvi® 770
$699.99 USD

☐ Compare

nüvi® 775T
$449.99 USD

☐ Compare







nüvi® 780
$599.99 USD
☐ Compare

nüvi® 785T
$399.99 USD
☐ Compare

nüvi® 850
$699.99 USD
☐ Compare







nüvi® 855
$399.99 USD
☐ Compare

nüvi® 880
$799.99 USD
☐ Compare

nüvi® 885T
$499.99 USD
☐ Compare







nüvi® 1100
$79.99 USD
☐ Compare

nüvi® 1100LM
$89.99 USD
☐ Compare

nüvi® 1200
$119.99 USD
☐ Compare







nüvi® 1250

nüvi® 1260T

nüvi® 1300

$129.99 USD
☐ Compare

$149.99 USD
☐ Compare

$139.99 USD and Up
☐ Compare







nüvi® 1300LM
$179.99 USD
☐ Compare

nüvi® 1350
$149.99 USD
☐ Compare

nüvi® 1350T
$169.99 USD
☐ Compare







nüvi® 1350LMT
$209.99 USD
☐ Compare

nüvi® 1370T
$229.99 USD
☐ Compare

nüvi® 1390T
$189.99 USD and Up
☐ Compare







nüvi® 1390LMT
$229.99 USD
☐ Compare

nüvi® 1450
$179.99 USD
☐ Compare

nüvi® 1450T
$199.99 USD and Up
☐ Compare







nüvi® 1450LM
$219.99 USD
☐ Compare

nüvi® 1450LMT
$239.99 USD
☐ Compare

nüvi® 1490T
$219.99 USD and Up
☐ Compare







nüvi® 1490LMT
$259.99 USD
☐ Compare

nüLink!® 1690 LIVE
☐ Compare

nüvi® 2200
$129.99 USD
☐ Compare







nüvi® 2250
$139.99 USD
☐ Compare

nüvi® 2250LT
$159.99 USD
☐ Compare

nüvi® 2300
$159.99 USD
☐ Compare







nüvi® 2300LM
$199.99 USD
☐ Compare

nüvi® 2350
$169.99 USD
☐ Compare

nüvi® 2350LT
$189.99 USD
☐ Compare



**nüvi® 2350LMT**
$229.99 USD
☐ Compare



**nüvi® 2360LT**
$219.99 USD
☐ Compare



**nüvi® 2360LMT**
$259.99 USD
☐ Compare



**nüvi® 2370LT**
$269.99 USD
☐ Compare



**nüvi® 2450**
$209.99 USD
☐ Compare



**nüvi® 2450LM**
$249.99 USD
☐ Compare



**nüvi® 2455LT**
$169.99 USD
☐ Compare



**nüvi® 2460LT**
$259.99 USD
☐ Compare



**nüvi® 2460LMT**
$299.99 USD
☐ Compare



**nüvi® 2555LT**



**nüvi® 2558LMTHD**



**nüvi® 2495LMT**



$189.99 USD
☐ Compare

☐ Compare

☐ Compare

nüvi® 3590LMT

nüvi® 3750
$289.99 USD

nüvi® 3760T
$329.99 USD

☐ Compare

☐ Compare

☐ Compare

nüvi® 3760LMT
$369.99 USD

nüvi® 3790T
$349.99 USD

nüvi® 3790LMT
$399.99 USD

☐ Compare

☐ Compare

☐ Compare







nüvi® 5000
$499.99 USD

Quest®
$449.99 USD

Quest® 2
$749.99 USD

☐ Compare

☐ Compare

☐ Compare

StreetPilot®      StreetPilot® III      StreetPilot® ColorMap







StreetPilot® c310      StreetPilot® c320      StreetPilot® c330

$349.99 USD and Up

☐ Compare      ☐ Compare      ☐ Compare







StreetPilot® c340      StreetPilot® c510      StreetPilot® c530

$321.41 USD                                       $321.41 USD

☐ Compare      ☐ Compare      ☐ Compare







StreetPilot® c550      StreetPilot® c580      StreetPilot® i2

$405.71 USD      $589.27 USD      $249.99 USD

☐ Compare      ☐ Compare      ☐ Compare



**StreetPilot® i3**
$299.99 USD
☐ Compare



**StreetPilot® i5**
$349.99 USD
☐ Compare



**StreetPilot® 2610**



**StreetPilot® 2620**



**StreetPilot® 2650**



**StreetPilot® 2660**



**StreetPilot® 2720**
$969.22 USD
☐ Compare



**StreetPilot® 2730**
$1,292.29 USD
☐ Compare



**StreetPilot® 2820**
$999.99 USD
☐ Compare



**StreetPilot® 7200**



**StreetPilot® 7500**



**VIB 10**

$799.99 USD
☐ Compare

$1,392.84 USD
☐ Compare

$149.99 USD





**VIB 11**
$249.99 USD

**zūmo® 220**
$399.99 USD
☐ Compare

**zūmo® 350LM**
$699.99 USD
☐ Compare







**zūmo® 450**
$749.99 USD
☐ Compare

**zūmo® 550**
$649.99 USD
☐ Compare

**zūmo® 660**
$649.99 USD
☐ Compare



**zūmo® 665**
$799.99 USD
☐ Compare

Page ☐ 0 of 7  ‹ ›  View All