# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| VISTEON GLOBAL TECHNOLOGIES, INC. and VISTEON TECHNOLOGIES, LLC, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>GARMIN INTERNATIONAL, INC., <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C.A. No.: 2:10-cv-10578-PDB-MAR |

## APPENDIX OF UNPUBLISHED CASES IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE* AND DAUBERT MOTIONS

| Tab Number | Case |
|---|---|
| 1 | *Apple, Inc. v. Samsung Elecs. Co. LTD*, No. 11-CV-01846-LHK, 2013 U.S. Dist. LEXIS 160337 (N.D. Cal. Nov. 7, 2013) |
| 2 | *Apple, Inc. v. Samsung Elecs. Co. LTD*, No. 11-CV-01846-LHK, 2013 U.S. Dist. LEXIS 160187 (N.D. Cal. Nov. 7, 2013) |
| 3 | *Apple, Inc. v. Samsung Elecs. Co.*, No. 11-CV-01846-LHK, 2013 U.S. Dist. LEXIS 160188 (N.D. Cal. Nov. 6, 2013) |
| 4 | *Avocent Redmond Corp. v. Rose Elecs.*, No. C06-1711RSL, 2013 U.S. Dist. LEXIS 188286 (W.D. Was. Mar. 11, 2013) |

| Tab Number | Case |
|---|---|
| 5 | *Beneficial Innovations, Inc., v. Advanced Pubs., Inc*, No. 2:11-cv-229-JRG-RSP, Docket No. 484 (E.D. Tex. Jan 8, 2014) |
| 6 | *Birdwell v. Corso*, No. 3:07-cv-0629, 2010 U.S. Dist. LEXIS 113391 (M.D. Tenn. Oct. 25, 2010) |
| 7 | *CDA of America, Inc. v. Midland Life Ins. Co.*, No. 01-CV-837, 2006 WL 5349266 (S.D. Ohio Mar. 27, 2006) |
| 8 | *Clipco, Ltd. v. Ignite Design, LLC*, No. 04 C 5043, 2005 WL 2861032 (N.D. Ill. Oct. 28, 2005) |
| 9 | *Commonwealth Sci. & Indus. Research Organisation v. Cisco Sys.*, No. 6:11-cv-343, 2014 U.S. Dist. LEXIS 107612 (E.D. Tex. July 23, 2014) |
| 10 | *DataQuill Ltd. v. High Tech Computer Corp.*, No. 08cv543-IEG (BGS), 2012 U.S. Dist. LEXIS 53164 (S.D. Cal. Apr. 16, 2012) |
| 11 | *Dynetix Design Sol'ns, Inc. v. Synopsys, Inc.*, No. CH-5973, 2013 WL 4537838 (N.D. Cal. Aug. 22, 2013) |
| 12 | *Edwards Lifesciences AG v. CoreValue, Inc.*, No. 08-91-GMS, 2011 WL 446203 (D. Del. Feb. 7, 2011) |
| 13 | *Golden Bridge Tech. v. Apple Inc.*, No. 5:12-cv-04882-PSG, 2014 U.S. Dist. LEXIS 68564 (N.D. Cal. May 18, 2014) |
| 14 | *Harris v. Carriage House Imports, Inc.*, No. Civ. A. 1:03-cv-106, 2007 WL 167804 (N.D. Ga. Jan. 18, 2007) |
| 15 | *Hochstein v. Microsoft Corp.*, No. 04-cv-73071, 2008 WL 3925282 (E.D. Mich. Aug. 21, 2008) |
| 16 | *Hochstein v. Microsoft Corp.*, No. 04-cv-73071, 2009 WL 2022815 (E.D. Mich. July 7, 2009) (Borman, J.) |
| 17 | *I/P Engine, Inc. v. AOL Inc.*, No. 2:11cv512, 2012 U.S. Dist. LEXIS 190813 (E.D. Va. Oct. 12, 2012) |
| 18 | *Insight Tech., Inc. v. SureFire, LLC*, No. 04-cv-74-JD, 2009 WL 3242557 (D.N.H. Oct. 8, 2009) |

| Tab Number | Case |
|---|---|
| 19 | *Internet Machines, LLC v. Alienware Corp*, No. 6:10-cv-23, Docket No. 423 (E.D. Tex. Feb. 7, 2012) |
| 20 | *Kemin Foods L.C. v. Pigmentos Vegetales del Centro S.A. de C.V.*, No. 4:01-cv-40327, 2004 U.S. Dist. LEXIS 17737 (S.D. Iowa Sept. 2, 2004) |
| 21 | *LaserDynamics, Inc. v. Quanta Computer, Inc.*, No. 2:06-CV-348-TJW-CE, 2011 U.S. Dist. LEXIS 42590 (E.D. Tex. Jan. 7, 2011) |
| 22 | *Lawrence v. Raymond Corp.*, No. 3:09 CV 1067, 2011 U.S. Dist. LEXIS 85798 (N.D. Ohio Aug. 4, 2011), *aff'd*, 501 Fed. Appx. 515 (6th Cir. 2012) |
| 23 | *Material Techs., Inc. v. Carpenter Tech. Corp.*, No. 01-2965 (SRC), 2005 U.S. Dist. LEXIS 32087 (D.N.J. June 28, 2005) |
| 24 | *Microsoft Corp. v. Motorola, Inc.*, No. C10-1823JLR, 2013 U.S. Dist. LEXIS 60233 (W.D. Wash. Apr. 25, 2013) |
| 25 | *Moore v. Weinstein Co., LLC*, No. 3:09-CV-00166, 2012 U.S. Dist. LEXIS 72929 (M.D. Tenn. May 23, 2012) |
| 26 | *On Track Innovations Ltd. v. T-Mobile USA, Inc.*, No. 1:12-cv-02224 (AJN), Docket No. 211 (S.D.N.Y. Apr. 3, 2015) |
| 27 | *Open Text S.A. v. Box, Inc.*, No. 13-cv-04910-JD, 2015 U.S. Dist. LEXIS 8783 (N.D. Cal. Jan. 23, 2015) |
| 28 | *Personalized Media Commc'ns, LLC v. Zynga, Inc.*, No. 2:12-CV-00068, 2013 WL 5962712 (E.D. Tex. Nov. 7, 2013) |
| 29 | *Pucci v. Litwin*, No. 88 C 10923, 1993 U.S. Dist. LEXIS 13902 (N.D. Ill. Oct. 4, 1993) |
| 30 | *Regents of Univ. of Cal. v. Micro. Therapeutics, Inc.*, No. C 03-05669, 2007 WL 2429412 (N.D. Cal. Aug. 23, 2007) |

| Tab Number | Case |
|---|---|
| 31 | *Sentius Int'l, LLC v. Microsoft Corp.*, No. 5:13-cv-00825-PSG, 2015 U.S. Dist. LEXIS 10423 (N.D. Cal. Jan. 27, 2015) |
| 32 | *Simmons v. Novartis Pharms. Corp. (In re Aredia & Zometa Prods. Liab. Litig.)*, No. 11-5053, 483 Fed. Appx. 182 (6th Cir. 2012) |
| 33 | *Sprint Communs. Co. L.P. v. Comcast IP Holdings, LLC*, No. 12-1013-RGA, 2015 U.S. Dist. LEXIS 10838 (D. Del. Jan. 30, 2015) |
| 34 | *Stragent, LLC v. Intel Corp.*, No. 6:11-cv-421, 2014 U.S. Dist. LEXIS 106167 (E.D. Tex. Mar. 6, 2014) |
| 35 | *TMC Fuel Injection Sys., LLC v. Ford Motor Co.*, No. 12-4971, Docket No. 70 (E.D. Penn. May 15, 2014) |