# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| VISTEON GLOBAL TECHNOLOGIES, INC. and VISTEON TECHNOLOGIES, LLC, | ) ) ) ) | C.A. No.: 2:10-cv-10578-PDB-MAR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GARMIN INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) ) | |

## INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE* AND DAUBERT MOTIONS

| Exhibit Number | Exhibit Name | Motions |
|---|---|---|
| 1 | Rebuttal Expert Report of Michael C. Newell, Oct. 26, 2012 (Filed Under Seal) | 6, 7, Daubert 3 |
| 2 | Deposition Testimony of Michael C. Newell, dated Dec. 5, 2012 (Filed Under Seal) | 6, Daubert 3 |
| 3 | Expert Report of John William Lavrakas Regarding the Noninfringement of U.S. Patent Nos. 5,544,060, 5,654,892, 5,987,387, and 5,832,408, Oct. 26, 2012 (Filed Under Seal) | 4, Daubert 1, Daubert 2 |
| 4 | Deposition Testimony of John W. Lavrakas, dated Nov. 7, 2012 | 4, Daubert 1 |
| 5 | Visteon's Final Infringement Contentions | 4 |
| 6 | Expert Report of William R. Michalson, Ph.D. Regarding the Invalidity of U.S. Patent Nos. 5,544,060, 5,654,892, 5,832,408, and 5,987,375, Sept. 28, 2012 | 5 |
| 7 | Engagement Agreement Between Visteon and Alston & Bird LLP, dated July 31, 2009 (Filed Under Seal) | 6 |

| Exhibit Number | Exhibit Name | Motions |
|---|---|---|
| 8 | Asset Purchase Agreement, Visteon Technologies, LLC and Horizon Navigation, Inc., dated Apr. 16, 2002 (Filed Under Seal) | 7 |
| 9 | Deposition Testimony of Laura White, dated Apr. 2, 2012 (Filed Under Seal) | 7 |
| 10 | Rebuttal Expert Report of Paul T. Lanyi, Sept. 25, 2012 (Filed Under Seal) | 7 |
| 11 | Garmin Ltd., SEC Form 10-K, for the fiscal year ended December 31, 2004 | 7 |
| 12 | Deposition Testimony of Kevin Rauckman, dated Jan. 24, 2012, 128:3-17 (Filed Under Seal) | 7 |